JACOB L. BROWN AND EUGENE L. BROWN v. EMMETT COON, FREDERICK G. RUSSELL, HESSIE COON AND MARIETTA COON.

*Replevin—Bill of sale as security—Demand of possession or payment of debt necessary before bringing suit.*

Where a bill of sale has been executed as security for existing indebtedness, and to secure future advances and filed in the town clerk's office, replevin will not lie by the owner of the property, without demand or payment of the debt.

Error to Lake. (Judkins, J.) Argued January 29, 1886. Decided February 3, 1886.

Replevin. Plaintiffs bring error. Affirmed. The facts are stated in the opinion.

*John Giberson* and *C. M. Beardsley*, for appellants.

*Wing & Samuels*, for defendants.

CHAMPLIN, J. Replevin for a steam-engine and boiler, a yoke of oxen, and other personal property.

In February and April, 1884, plaintiffs gave to defendants bills of sale of the property replevied, to secure an existing indebtedness and future advances. These bills of sale were filed with the township clerk. Defendants took possession of the property under these bills of sale in June, 1884.

The plaintiffs brought replevin, without making previous demand save of a portion, or paying the indebtedness which the bills of sale were given to secure.

The jury returned a verdict for the defendants. We have examined the bill of exceptions and the assignments of errors, and have duly considered the plaintiffs' brief. We find no error in the record, and the judgment is affirmed.

The other Justices concurred.